UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 JAN 26 AM 11:06
CLERK
BY
DEPUTY CLERK

SKI STRATTON CONDOS, LLC,

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA f/d/b/a THE TRAVELERS INDEMNITY COMPANY OF ILLINOIS, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE CHARTER OAK FIRE INSURANCE COMPANY, collectively d/b/a TRAVELERS, ARTHUR J. GALLAGHER & CO., ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., f/d/b/a ARTHUR J. GALLAGHER & CO. OF NEW YORK, INC., and LEGACY MII HOLDINGS, INC., A GALLAGHER COMPANY f/d/b/a MERIT INSURANCE, INC.,

      Defendants.

DOCKET NO. 5:20-CV-40

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Based upon the Stipulation of Dismissal of the parties, it is hereby ORDERED, ADJUDGED and DECREED that, pursuant to F.R.C.P. 41(a)(1)(a)(ii), that all claims that were brought or could have been brought by the parties are DISMISSED WITHOUT PREJUDICE and all parties shall pay their own costs, expenses and attorneys' fees.

Dated: January 26, 2021.

                                                       _____
                                                       Hon. Geoffrey W. Crawford, Chief Judge
                                                       U.S. District Court, District of Vermont

FACEY GOSS
& McPHEE P.C.
PO BOX 578
RUTLAND, VT
05702
802 773 3300